Eric M. Haley  
Bankruptcy Trustee  
Chapter 7 Bankruptcy Trustee  
P.O. Box 13390  
Scottsdale, AZ 85267  
(602) 218-5136  

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE ARIZONA  

| In re: | ) | CHAPTER 7 |
|---|---|---|
|  | ) |  |
| TEMPLE, ROBERT LEE | ) | CASE NO. 2:14-bk-07575-EPB |
| TEMPLE, MARIA GUADULUPE | ) |  |
|  | ) |  |
|  | ) | APPLICATION FOR ORDER FOR |
| Debtor(s) | ) | PAYMENT OF UNCLAIMED FUNDS |
|  | ) | U.S. BANKRUPTCY COURT |

Eric M. Haley, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 30007 | 10/27/15 | LOBEL FINANCIAL CORP<br>PO BOX 3000<br>ANAHEIM, CA 92803 | $371.36 |

*February 8, 2016*                              */s/ Eric M. Haley*  
DATE                                                    Eric M. Haley, Trustee